FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JUL 11 2017

JAMES W. McCORMACK, CLERK
By:_____ DEP CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | 4:17CR 00204 JLH |
| vs. ) | |
| ) | |
| ERIC D. LEWIS ) | Title 18, U.S.C. § 922(g)(1) |
| ) | Title 18, U.S.C. § 3013 |
| ) | Title 18, U.S.C. § 3571 |
| ) | Title 18, U.S.C. § 3583 |

## INDICTMENT

THE GRAND JURY CHARGES THAT:

### COUNT 1

A.  Prior to January 8, 2017, in the Eastern District of Arkansas, the defendant,

ERIC D. LEWIS,

had previously been convicted of one or more of the following crimes:

   Theft by Receiving, in Case Number CR-2015-945, in the Circuit Court of Crittenden County, Arkansas, on or about January 21, 2016;

   Residential Burglary, in Case Number CR-2015-927, in the Circuit Court of Crittenden County, Arkansas, on or about January 21, 2016;

   Robbery, in Case Number 2012-146, in the Circuit Court of Crittenden County, Arkansas, on or about September 10, 2012;

   Possession of Firearm by a Felon, in Case Number 2012-146, in the Circuit Court of Crittenden County, Arkansas, on or about September 10, 2012;

   Attempted Residential Burglary, in Case Number 2010-935, in the Circuit Court of Crittenden County, Arkansas, on or about October 18, 2010.

B. The crimes set forth above in Paragraph A were punishable by a term of imprisonment exceeding one year.

C. On or about January 8, 2017, in the Eastern District of Arkansas, the defendant,

ERIC D. LEWIS,

did knowingly possess in and affecting commerce, a firearm, namely: a Hi-Point, Model JHP, .45 caliber ACP semi-automatic pistol, bearing serial number 458932.

All in violation of Title 18, United States Code, Section 922(g)(1).